UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
NOV 2 - 2005
Michael N. Milby, Clerk of Court

| | |
|---|---|
| KEINON STEWART, Plaintiff, § § § § § § v. § § § § § WELLS FARGO BANK, N.A. § Defendant § § | CIVIL ACTION NO. **H 05 -3741** COLLECTIVE ACTION JURY TRIAL DEMANDED |

# ORIGINAL COLLECTIVE ACTION COMPLAINT

## SUMMARY

1. This is a Fair Labor Standards Act (FLSA) case. Defendant WELLS FARGO BANK, N.A. does not pay its employees overtime. Instead the Defendants pay employees at the same hourly rate for all hours worked. For those hours over forty hours, Defendants did not pay overtime pay or, in fact, paid no wages to their employees. Accordingly, Keinon Stewart (Stewart) brings this action on behalf of himself and other similarly situated to recover unpaid overtime wages, liquidated damages and attorneys' fees.

## JURISDICTION AND VENUE

2. Stewart's claims arise under § 7(a) (1) of the FLSA. 29 U.S.C. §§ 207(a) (1) and 216(b). Accordingly, this Court has jurisdiction over the subject matter of this action pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. §1331.

3. The unlawful employment practices alleged in this complaint were committed in the Southern District of Texas. Venue is proper pursuant to 28 U.S.C. section 1391(b) (2).

## THE PARTIES

4. Stewart was an employee of Defendant within the meaning of the FLSA during the three-year period preceding the filing of this action. In performing his duties, Stewart engaged in commerce or in the production, sales and service of goods for commerce. Stewart was regularly scheduled and required to work over forty hours per week. However, Stewart did not receive overtime pay as required by the FLSA. Stewart's consent is attached as Exhibit A.

5. The class of similarly situated employees consists of all current and former hourly employees of the Defendant who were not paid at one and one-half times their regular hourly rates of pay for hours worked in excess of forty. Like Stewart, these persons engaged in commerce or in the production, sales and service of goods for commerce in performing their duties for the Defendant. These similarly situated persons are referred are to as "Members of the Class" or "the Class."

6. The Defendant WELLS FARGO BANK, N.A. ("Wells Fargo") is a California company authorized to do business in the state of Texas. Wells Fargo is an enterprise, a bank, engaged in commerce or in the production and service of goods for commerce. Wells Fargo has acted, directly or indirectly, in the interest of an employer with respect to Stewart and the Members of the Class. Wells Fargo may be served with process by serving its registered agent, Corporation Service Company DBA CSC – Lawyers Incorporating Service Company at 701 Brazos Street, Suite 1050, Austin, Texas 78701.

## BACKGROUND

### A. *Wells Fargo Bank, N.A. Failed to Pay Overtime*

9. Stewart was a fulltime employee of Wells Fargo. He regularly worked over forty hours per week and was paid a flat rate of approximately $625 per week.

10. Wells Fargo classified Stewart as an exempt employee. However, Stewart was not employed as bona fide executive, administrative, professional and outside sales employees within the meaning of the exemptions provided in Section 13(a)(1) of the FLSA. Moreover, the exemptions provided in Section 13(a)(1) and Section 13(a)(17) for certain computer employees are also inapplicable.

11. As an nonexempt hourly employee who was inaccurately designated as an exempt employee, Stewart was entitled to wages at one-and-one-half times his regular hourly rate for all hours worked in excess of forty in a given workweek. 29 U.S.C. § 207(a). Wells Fargo, however, failed to pay Stewart for all hours worked in excess of forty hours at one-and-one-half times his regular rate. Instead, Wells Fargo systematically denied Stewart his proper overtime wages by not paying him the proper rate for hours worked in excess of forty hours.

### B. Wells Fargo Bank, N.A. Willfully Violated the FLSA

12. Wells Fargo practice of not paying overtime was and is in violation of the FLSA. Wells Fargo has not made a good faith effort to comply with the FLSA. No exemption excused Wells Fargo from paying Stewart at his overtime rate for all overtime hours worked. Wells Fargo knowingly, willfully or with reckless disregard carried out their illegal practice of failing to pay overtime.

### COLLECTIVE ACTION ALLEGATIONS

13. Other employees have been victimized by Wells Fargo's system of failing to pay overtime which is a willful violation of the FLSA. Some of these employees have worked with Stewart and have reported that they were not paid overtime. Thus, from these discussions with these employees, Stewart is aware that the illegal practices or policies of Wells Fargo have been imposed on the Members of the Class.

14. The Members of the Class performed job duties that were similar to those of Stewart. Moreover, these non-exempt employees regularly worked more than forty hours in a workweek without receiving overtime compensation. Accordingly, the employees victimized by Well Fargo's unlawful practices are similar situated to Stewart in terms of job duties.

15. Wells Fargo's failure to pay overtime compensation at the rates required by the FLSA results from generally applicable policies and practices and do not depend on the personal circumstances of the Members of the Class. Thus, Stewart's experience is typical of the experience of the Members of the Class.

16. The specific job titles or precise job requirements of the various Members of the Class do not prevent collective treatment. All Members of the Class, regardless of their precise job requirements or rates of pay, are entitled to overtime compensation for hours worked in excess of forty.

17. The damages suffered by each Member of the Class arise from the same common nucleus of operative fact. Moreover, the damages owed to each Member of the Class can be calculated by using one simple mathematical formula which applies to each Member of the Class. In other words, though individual damages may vary in amount, the method of calculating damages for the Members of the Class is identical. The Class is therefore properly defined as:

> All current and former hourly employees who were employed by Wells Fargo Bank, N.A. at any time during the period November 2, 2002 to present.

## Causes of Action

18. Stewart and the Members of the Class incorporate by reference all allegations contained in paragraphs 1 through 17.

19. Wells Fargo's failure to pay overtime to Stewart and the Members of the Class was and is in violation of FLSA. 29 U.S.C. § 207. Accordingly, Stewart and the Members of the Class are entitled to their unpaid overtime in an amount equal to one-half their regular rates of pay for each hour over forty in a workweek.

20. Additionally, Stewart and the Members of the Class are entitled to an amount equal to all their unpaid wages as liquidated damages, as well as reasonable attorneys' fees and costs of this action as provided by the FLSA. 29 U.S.C. §216(b).

4

JURY DEMAND

21. In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Stewart demands a trial by jury.

PRAYER FOR RELIEF

WHEREFORE, Stewart respectfully prays that this Court award Stewart and the Members of the Class judgment against Wells Fargo for:

1. Damages for the full amount of their unpaid overtime compensation;

2. An equal amount as liquidated damages;

3. Reasonable attorneys' fees, costs and expenses of this action;

4. Pre-judgment and post-judgment interest at the highest rate allowable by law; and

5. Such other relief as may be allowed by law.

Respectfully submitted,

DAVIS & ASSOCIATES, P.L.L.C.

By: _____
Eric J. Davis
Attorney-in-Charge
Texas Bar No. 24003493
USSDTX Federal ID. No. 25466
Jacquelyn Carpenter
Texas Bar No. 24040642
USSDTX Federal ID. No. 38132
1314 Texas Avenue, Suite 806
Houston, Texas 77002
Telephone (713) 227-2727
Facsimile (713) 227-2827

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEINON STEWART,<br>Plaintiff, | § § § § § | CIVIL ACTION NO. |
| v. | § § § § § | JURY TRIAL DEMANDED |
| WELLS FARGO BANK, N.A.<br>Defendant | § § § | **NOTICE OF CONSENT** |

I, the undersigned, an employee currently or formerly employed by WELLS FARGO BANK, N.A. hereby consent to be a party plaintiff in an action to collect unpaid wages.

*KEINON I. STEWART*
Full Legal Name (print)

_____
Signature

11/1/05
Date

Fax to: (713) 227-2827      and/or      Mail to:   Wells Fargo Overtime Action
                                                   1314 Texas Avenue, Suite 606
                                                   Houston, Texas 77002

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

United States Courts
Southern District of Texas
FILED
NOV -2 2005
Michael N. Milby, Clerk of Court

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KEINON STEWART

### DEFENDANTS
WELLS FARGO BANK, N.A.

(b) County of Residence of First Listed Plaintiff   Harris County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Eric Davis, 1314 Texas Avenue, Suite 806, Houston, TX 77002

Attorneys (If Known)

H 05 - 3741

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | PERSONAL PROPERTY | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 370 Other Fraud | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 380 Other Personal Property Damage | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 385 Property Damage Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | CIVIL RIGHTS | PRISONER PETITIONS |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 442 Employment | Habeas Corpus: | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  |
|  | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Fair Labor Standards Act, 29 U.S.C. Section 207(a)(1).
Brief description of cause:
Plaintiff brings this suit for unpaid overtime wages defendant failed to pay.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE
DOCKET NUMBER

DATE 11/02/2005
SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____